IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

LARRY WHACK,
    Plaintiff,

v.                                            Civil No. 3:20cv173 (DJN)

RIVERSIDE REGIONAL JAIL, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 28, 2020, the Court conditionally docketed Plaintiff's action. (ECF No. 4.) At that time, the Court warned Plaintiff that he must keep the Court informed of his address. On September 11, 2020, the United States Postal Service returned an August 28, 2020 Memorandum Order to the Court marked, "no longer here." (ECF No. 14.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action, warranting dismissal under Federal Rule of Civil Procedure 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                            /s/
                                           David J. Novak
                                           United States District Judge

Richmond, Virginia
Dated: October 29, 2020